**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> Vs. ) <br> ) <br> ) <br> Mayra MORALES NEGRETE ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> YOB: 1992 ) <br> United States Citizen ) <br> ) | Date of Arrest: February 5, 2026 <br><br> Magistrate's Case No. **26-01101MJ** <br><br> COMPLAINT FOR VIOLATION OF <br> 18 U.S.C. § 554(a) <br> (Smuggling Goods from the United States) <br> (Count 1) |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about February 5, 2026, in the District of Arizona, Defendant Mayra MORALES NEGRETE, knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 6,000 rounds of 7.62x39 MM SMOKED STEEL FMJ 123 GRAIN ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit:  Title 50, United States Code, Section 4819, and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a)

I further state that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: AUSA PATRICK E. CHAPMAN for AUSA ANNA LINDROOTH

*Patrick E. Chapman*
Digitally signed by Patrick E. Chapman
Date: 2026.02.06 12:05:27 -07'00'

COLIN T CUMMINGS
Digitally signed by COLIN T CUMMINGS
Date: 2026.02.06 12:00:32 -07'00'

Colin Cummings
Special Agent - Homeland Security Investigations

Sworn and subscribed telephonically before me this ___6th___ day of February 2026.

*[signature]*

James F. Metcalf
United States Magistrate Judge

UNITED STATES OF AMERICA

vs.

Mayra MORALES NEGRETE

**STATEMENT OF FACTS**

I, Colin Cummings, being duly sworn do state the following:

### INTRODUCTION AND BACKGROUND OF AFFIANT

Your affiant, Colin Cummings, is a Special Agent (SA) with Homeland Security Investigations (HSI), assigned to the Yuma, Arizona office. SA Cummings has served as a Special Agent with HSI since April 2023 and has completed the Criminal Investigator Training Program (CITP) and Homeland Security Investigations Special Agent Training (HSI/SAT) at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. SA Cummings has received specialized training and possesses experience in investigating violations of Titles 8, 18, 19, 21, and 31 of the United States Code, including offenses related to weapons and ammunition smuggling and the illegal export of goods from the United States. Prior to joining HSI Yuma, SA Cummings served as a Patrol Officer with the Philadelphia Police Department beginning in 2014, where he was assigned to the 18th Police District Tactical Squad, responsible for proactive enforcement of violent crimes and open-air narcotics sales.

In preparing this Affidavit, I conferred with other law enforcement officials, who share the opinions and conclusions stated herein. I have personal knowledge of the following facts or have learned them from other law enforcement officers. I also relied on my training, experience, and background in law enforcement to evaluate this information. Since this Affidavit is being submitted for the limited purpose of establishing probable cause for a complaint, I have not included each and every fact or source of information establishing the violation of federal law.

### PROBABLE CAUSE

On February 5, 2026, at approximately 6:00 PM, Homeland Security Investigations (HSI) agents conducted surveillance on a residence in San Luis, Arizona suspected of involvement in ammunition smuggling. The objective was to corroborate intelligence linking the residence to this activity.

At approximately 6:32 PM, agents observed a black Dodge Grand Caravan (Arizona license plate 71A5H4) arriving at the residence. After about 20 minutes, the vehicle departed. Agents maintained surveillance as the

Grand Caravan traveled throughout San Luis in an inconsistent manner, ultimately stopping at the McDonald's on Main Street, approximately one block north of the San Luis Port of Entry (SLU POE). Based on training and experience, this travel pattern is indicative of a "heat run," a tactic used by individuals involved in criminal activity to detect and evade law enforcement surveillance.

The vehicle remained parked at McDonald's for approximately 15 minutes, then changed parking spaces within the lot before departing and parking in a paid lot on the west side of Archibald Street, commonly used by individuals walking into Mexico.

Agents observed a female, later identified as Mayra MORALES NEGRETE, exit the vehicle and walk toward the SLU POE pedestrian outbound lanes. MORALES lingered near the entrance before returning to the Grand Caravan. The vehicle then exited the lot, turned southbound onto Archibald Street, and entered the outbound vehicle lanes to Mexico.

At approximately 7:39 PM, MORALES attempted to cross into Mexico via the SLU POE outbound vehicle lanes. Customs and Border Protection Officer (CBPO) O. Navarro conducted the primary inspection and, after receiving a negative customs declaration, referred MORALES to secondary inspection. During the secondary inspection, CBPOs discovered six green boxes, each containing 1,000 rounds of 7.62x39mm ammunition, totaling 6,000 rounds. MORALES was detained and transported to a secure holding cell for further processing.

During a post-Miranda interview, MORALES stated that about a week prior, she contacted a man known as "Luis" in Mexico, who assists individuals in finding smuggling work. "Luis" provided her contact information to "Eulice" in the United States, who later informed her when she could begin work. Approximately two days before the incident, MORALES met with an individual at a dirt lot near the SLU POE to coordinate the smuggling event.

On the day of the incident, MORALES stated she was unaware she would be smuggling until contacted by "Eulice," who instructed her that "today was the day." Upon arriving at the designated residence in San Luis, an unknown male took her vehicle, loaded boxes into it, and returned the vehicle to her. MORALES stated she was to be paid $50 per box and expected to transport 8-10 boxes into Mexico.

MORALES admitted she did not possess an import or export license and acknowledged knowing it was illegal to smuggle ammunition out of the United States and into Mexico.

MORALES provided written consent for agents to take custody of, download, and analyze the contents of her cell phone. During a review of the phone, agents observed two videos taken at approximately 7:21 PM and 7:23 PM of the outbound lanes at the SLU POE. Based on training and experience, this indicates MORALES was conducting her own surveillance to determine if CBP was conducting outbound inspections.

At approximately 6:58 PM, MORALES had a WhatsApp message thread with a contact named "Eulice." A single message, timestamped at 7:40 PM, read "Borra todo," which translates to "delete everything." Based on training and experience, it is believed "Eulice" learned MORALES had been referred to secondary inspection and instructed her to delete any incriminating information before agents could review it.

Based on the foregoing, there is probable cause to believe that Mayra MORALES NEGRETE committed the offenses alleged in the Complaint.

COLIN T CUMMINGS
Digitally signed by COLIN T CUMMINGS
Date: 2026.02.06 12:01:12 -07'00'

Colin Cummings
Special Agent - Homeland Security Investigations

Sworn and subscribed telephonically before me this __6th__ day of __February__ 2026.

HONORABLE JAMES F. METCALF
United States Magistrate Judge